UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                       Case No.: 8:16-bk-02192-MGW
                                                                                              Chapter 7
SCOTTY JOE WINN,

    Debtor.
_____/

LARRY HYMAN,

    Plaintiff,

vs.                                                                                          Adv. Pro. No.: 8:16-ap-00669-MGW

ABC FINANCIAL SERVICES, INC.

    Defendant.
_____/

## AGREED MOTION TO EXTEND TRIAL AND PRE-TRIAL DEADLINES

Defendant, ABC Financial Services, Inc. "(**ABC**"), by and through the undersigned counsel, hereby files this motion to extend the trial and pre-trial deadlines for 120 days (the "**Motion**"), and in support thereof states as follows:

1. On April 12, 2017 this Court entered an Order Scheduling Trial (the "**Trial Order**") (Doc. No. 15).

2. The Trial Order set a trial in this case for October 30, 2017 at 9:30 a.m. with a pre-trial meeting and conference to be held by no later than October 23, 2017.

3. ABC is actively involved in discovery and, through such process, will need an extension of the trial date and pre-trial deadlines in order to comply with this Court's Trial Order and related deadlines.

63V8963.DOCX

WHEREFORE, ABC respectfully requests the entry of an order (i) granting this Motion, (ii) extending the trial and pre-trial deadlines for 120 days, and (iii) granting such other relief as just.

Dated: Tampa, Florida
       July 11, 2017

BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida  33601-3913
(813) 224-9255 (telephone)
(813) 223-9620 (telecopy)
Counsel for ABC Financial Services, Inc.

By:   /s/ Keith D. Skorewicz
      Keith D. Skorewicz
      Florida Bar No. 583618
      *kskorewicz@bushross.com*

and

Danielle M. Whitehouse
Arkansas Bar No. 2009192
*whitehouse@gill-law.com*
*Admitted Pro Hac Vice*
GILL RAGON OWEN, P.A.
425 W. Capitol Ave. Ste. 38
Little Rock, Arkansas 72201
(501) 376-3800 (telephone)
(501) 372-3359 (telecopy)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2017, I electronically filed a true and correct copy of the foregoing Agreed Motion to Extend Trial and Pre-Trial Deadlines with the Clerk of the United States Bankruptcy Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

/s/ Keith D. Skorewicz
ATTORNEY

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**

Thomas A. Lash, Esq.
Kenneth C. Grace, Esq.