ORDERED.

Dated: November 08, 2017

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

SCOTTY JOE WINN,

    Debtor.
_____/

LARRY S. HYMAN, as Chapter 7 Trustee
of the estate of SCOTTY JOE WINN,

    Plaintiff,

v.

ABC FINANCIAL SERVICES, INC., an
Arkansas corporation,

    Defendant.
_____/

BANKRUPTCY
CASE NO.: 8:16-bk-02192-MGW

CHAPTER 7

ADVERSARY
PROCEEDING NO.: 8:16-ap-00669-MGW

### FINAL ORDER OF DISMISSAL WITH
### PREJUDICE AS TO ABC FINANCIAL SERVICES, INC.

**THIS PROCEEDING** came on for consideration on the Court's own motion for entry of an appropriate order in consideration of the Order Granting Motion to Approve Compromise (Doc. 18), which compromise, as described in the Motion to Approve Compromise (Doc. 16), includes an

agreement to dismiss this adversary proceeding with prejudice. Based on such agreement, the Court finds that it is appropriate to dismiss this case

ORDERED, ADJUDGED AND DECREED:

1. An agreement for a stipulated dismissal has been reached between the Parties in the above-styled case.

2. The claims of Plaintiff are being dismissed with prejudice, as to Defendant ABC Financial Services, Inc., an Arkansas corporation.

3. The Parties each shall bear their own attorneys' fees and costs as to this adversary proceeding, except to the extent that Plaintiff's fees are paid from the settlement proceeds.

Thomas A. Lash, Esq., Lash Wilcox & Grace PL, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.